

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2015

No. 04-15-00132-CV

Armando **HERNANDEZ**, Nancy Hernandez,
Appellants

v.

Mario **SALDIVAR**, et al,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-17077
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

On April 2, 2015, this court notified the court reporter that the reporter's record was late. The court reporter responded to our notice by stating that the reporter's record was not filed because appellant failed to provide proper notice to the reporter of the appeal and failed to pay or make arrangements to pay the reporter's fee for preparing the record. The court reporter also states appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide proof to this court within ten (10) days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court